In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of GEORGE T. HANFORD, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURA H. BRIGGS, Respondent.

*Matter of Hanford*, 113 App. Div. 894, affirmed.
(Argued October 4, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 6, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the state comptroller to pay interest on moneys wrongfully col-

lected as a transfer tax on the estate of George T. Hanford, deceased.

*Edmond C. Alger* and *A. A. Yates* for appellant.

*Edwin C. Angle* for respondent.

Order affirmed, with costs, on authority of *Matter of Berry* (179 N. Y. 285).

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.